**Order entered July 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01708-CV

**HAL RACHAL, JR., Appellant**

**V.**

**LETKIEWICZ & FOSTER, Appellee**

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-09-2413-2**

## ORDER

We **GRANT** appellant's July 3, 2013 motion for an extension of time to file a reply brief.

Appellant shall file his reply brief on or before Monday, August 5, 2013.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE